

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>SCOTLAND MEADOWS, LLC,<br><br>            Debtor | Chapter 11<br>Case No. 24-11997-JEB |

**Proceeding Memorandum and Order**

**MATTER:**
#13 Motion to Approve Settlement Agreement Between the Beneficiaries and the Personal Representative filed by Interested Party William H Sheehan III, Personal Representative of the Estate of Phillip S. Singleton

**Decision set forth more fully as follows:**
Hearing held on November 19, 2024. For the reasons set forth on the record, the Motion is denied on the basis that the Court lacks jurisdiction over the agreement. In the alternative, to the extent that the Court has jurisdiction, the Court abstains from exercising such jurisdiction for the reasons set forth on the record.

Dated: November 20, 2024

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge