UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:   Scotland Meadows, LLC ,
         Debtor

Chapter: 11
Case No: 24−11997
Judge Janet E. Bostwick

## NOTICE OF HYBRID NONEVIDENTIARY HEARING

**PLEASE TAKE NOTICE** that a **HEARING** will be held on **1/22/25 at 11:15 AM** before the Honorable Judge Janet E. Bostwick, Courtroom 3, J.W. McCormack Post Office & Court House, 5 Post Office Square, 12th Floor, Boston, MA 02109−3945 to consider the following:

> [61] Motion for Order Requiring Counsel to Return Retainer filed by Assistant U.S. Trustee Richard King.
>
> In order to provide flexibility and maximize access for parties in interest in addressing the Motion, the hearing is scheduled as a Hybrid Hearing. Parties in interest and counsel may choose to participate either remotely by video or in person. Parties in interest and counsel who wish to appear remotely may do so by complying with the terms of the Order Regarding Procedures for Appearances by Video at Hearings dated October 15, 2024. ("Video Hearing Order"). Any pro se parties or counsel intending to attend by video must provide the Notice of Participation required under Paragraph II, 2 of that order to the Courtroom Deputy Mary Murray, at mary_murray@mab.uscourts.gov by January17, 2025, at 4:30 p.m. As provided in the Video Hearing Order, appearance by video is limited to counsel and parties in interest. Members of the general public are welcome to attend the hearing in person in the Courtroom. Requests submitted after the above deadline may not be considered by the Court.

**OBJECTION/RESPONSE DEADLINE: JANUARY 13, 2025 11:59 PM**

If no deadline is set, the objection/response deadline shall be governed by the Federal Rules of Bankruptcy Procedure (FRBP) and the Massachusetts Local Bankruptcy Rules (MLBR). If no objection/response is timely filed, the Court, in its discretion, may cancel the hearing and rule on the motion without a hearing or further notice. See MLBR 9013−1(f).

**NOTICE TO ALL PARTIES SERVED:**

1. **Your rights may be affected.** You should read this notice, the above referenced pleading and any related documents carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

2. Any request for a continuance **MUST** be made by **WRITTEN MOTION** filed and served at least one (1) business day prior to the hearing date. See MLBR 5071−1.

3. The above hearing shall be <u>nonevidentiary</u>. If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule an evidentiary hearing.

Date:  12/23/24

By the Court,

<u>Mary Murray</u>
Deputy Clerk
617−748−5350

**Emergency Closings:** To find out if the Court will be closed in case of stormy weather or other emergency, dial (617) 748–5314 or (866) 419–5695 (toll free) for a recorded message.